OLIVER L. TURGEON *vs.* THE CONNECTICUT COMPANY.

OLIVER M. TURGEON *vs.* THE CONNECTICUT COMPANY.

ALBERTA M. DOWNS *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.
Argued January 18th—decided March 7th, 1912.

ACTIONS to recover damages for personal injuries
alleged to have been caused by the negligence of the
defendant, brought to the Superior Court in New Haven
County and tried to the jury before *Bennett, J.;* upon
direction of the trial judge the jury returned a verdict
for the defendant in each case, from the judgments
upon which the plaintiffs appealed.   *Error and new trials
ordered.*

*Walter J. Walsh* and *Arthur B. O'Keefe*, for the
appellants (plaintiffs).

*Harrison T. Sheldon,* with whom was *Harry G. Day,* for the appellee (defendant).

Opinions filed with the clerk of the Superior Court in New Haven County.